IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ACCESS INFORMATION MANAGEMENT OF HAWAII, LLC, SIH LLC, dba SHRED-IT HAWAII, and EDWARD MACNAUGHTON, | ) ) ) ) ) ) | CIVIL 10-00621-DAE-RLP |
|       Plaintiffs, | ) ) | |
|   vs. | ) ) | |
| SHRED-IT AMERICA, INC., DOE DEFENDANTS 1-5, | ) ) ) | |
|       Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 18, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS ACCESS INFORMATION MANAGEMENT OF HAWAII, LLC, SIH LLC, dba SHRED-IT HAWAII, and EDWARD MACNAUGHTON'S MOTION FOR ATTORNEY

FEES AND COSTS," docket entry no. 45, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 13, 2011.



_____
David Alan Ezra
United States District Judge

Access Information Management of Hawaii, LLC, et al. vs. Shred-It America, Inc., et al., Civil No. 10-00621 DAE-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION